FILED
2020 Mar-19 PM 12:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **ANGELA FOX THRASHER,** )<br>)<br>**Plaintiff,** )<br>) | **Civil Action No.: _____** |
| )<br>**vs.** )<br>)<br>**CADENCE BANK, N.A.** )<br>)<br>**Defendant.** ) | |

## NOTICE OF REMOVAL

Defendant Cadence Bank, N.A. ("Cadence Bank"), with the consent of all defendants, hereby files this Notice of Removal to the United States District Court for the Northern District of Alabama.[1]  In support, Cadence Bank states as follows:

## MEMORANDUM OF LAW

**1.** **The Complaint**.  On February 17, 2020, Plaintiff Angela Fox Thrasher ("Plaintiff") filed a case styled *Angela Fox Thrasher v. Cadence Bank, N.A., et al.,* Case No.58-CV-2020-900167, in the Circuit Court of Shelby County, Alabama (the "State Court Action"), naming Cadence Bank, Hometown Lenders, Inc. ("Hometown"), and Mortgage Electronic Registration Systems, Inc.

---

[1] By removing this proceeding, Cadence Bank does not waive, and shall not be deemed to have waived, any objections to jurisdiction, or any other defenses, all of which are expressly reserved, including but not limited to defenses available to it under Rule 12 of the Federal Rules of Civil Procedure, all of which are expressly reserved.

("MERS") as defendants.  A true and correct copy of the complete State Court Action file is attached as Exhibit A. It is this action that Cadence Bank removes to this Court.

2. **All Defendants Join.** Cadence Bank, Hometown, and MERS are the only named defendants in this action. Hometown and MERS join this Notice of Removal. Attached hereto as Exhibit B are the consent to and joinder in removal executed by Hometown and MERS. Cadence Bank has the express permission of Hometown and MERS to file their respective Consent to Removals along with this Notice of Removal.

3. **The Petition for Removal is Timely**.  The Complaint was filed on February 17, 2020. *See* Ex. B. Cadence Bank received the Complaint in the State Court Action on February, 19 2020.[2]  Hometown and MERS were served with the Complaint in the State Court Action on February 24, 2020.  *See id.*  Thus, this Notice of Removal is timely filed within thirty (30) days as prescribed in 28 U.S.C. § 1446(b).

4. **Basis for Removal.** Plaintiff asserts claims for relief against defendants arising under the following federal statutes: The Truth in Lending Act ("TILA") (See, e.g., Doc. 1 ¶¶ 70-80) and The Real Estate Settlement Procedures

---

[2] At this juncture is it unclear whether Cadence Bank has been properly served with the Complaint. Nevertheless, Cadence Bank received notice of the Complaint filed against it on February 19, 2020. By removing this action, Cadence Bank does not waive its right to dispute service or otherwise challenge its place as a defendant in this case.

Act ("RESPA") (See id. ¶¶ 81-83). Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d).[3]  This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367.  This action, therefore, properly may be removed to this United States District Court pursuant to 28 U.S.C. §§ 1441(a) and (b).

Furthermore, venue for removal is proper in this District and Division under 28 U.S.C. §§ 81(a)(1) and 1446(a) because this District and Division embrace the Circuit Court of Shelby County, Alabama, the forum in which the removed action was pending.

**5.  Notice is Being Given Contemporaneously**.  Contemporaneously with the filing of this Notice of Removal, as required by 28 U.S.C. § 1446(d), Cadence Bank is providing written notice of this removal, including a copy of Cadence Bank's Notice of Removal and Notice of Filing of Notice of Removal, to Plaintiff through Plaintiff's attorney of record in the State Court Action.  Cadence Bank is also filing contemporaneously with the Circuit Court of Shelby County, Alabama a Notice of Filing Notice of Removal ("Notice of Filing") and copy of this Notice of

---

[3] Actions brought in state court under RESPA are removable to the appropriate federal district court. *See Boone v. JP Morgan Chase Bank*, 447 Fed. Appx. 961, 963 (11th Cir. 2011); *Lockard v. Equifax, Inc.*, 163 F.3d 1259, 1263 (11th Cir. 1999).

8552691.1

Removal. A copy of the Notice of Filing, without exhibits, is attached as <u>Exhibit C</u>.

WHEREFORE, Cadence Bank removes this action from the Circuit Court of Shelby County, Alabama to this Court.

Respectfully submitted the 19th day of March, 2020.

                                                                */s/ Ginny W. Leavens*
                                                                One of the Attorneys for Defendant
                                                                Cadence Bank, N.A.

**OF COUNSEL:**
Gregory C. Cook
Ginny B. Willcox
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL  35203
Email:     gcook@balch.com
              gwillcox@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following counsel of record by email and/or by U.S. mail on this the 19th day of March, 2020:

Kenneth J. Lay
Hood & Lay, LLC
1117 22nd Street South
Birmingham, Alabama  35205

8552691.1

Andrew Saag
Sirote & Permutt PC
2311 Highland Avenue South
PO Box 55727
Birmingham, AL  35255-5727

C. Steven Ball
Carr Allison
100 Vestavia Parkway
Birmingham, AL 35216
Telephone: (205) 949-2910
E-Mail: sball@carrallison.com

                                          */s/ Ginny W. Leavens*
                                          Of Counsel

5

8552691.1